# Exhibit A



Case Information Summary for Case Number
**2015-L-005884**

Filing Date: 6/10/2015
Division: Law Division
Ad Damnum: $50000.00

Case Type: OTHER PERSONAL INJURY
District: First Municipal
Calendar: B

**Party Information**

**Plaintiff(s)**
BRETON LOUISE

**Attorney(s)**
MEYERS & FLOWERS
3 N SECOND ST #300
ST CHARLES IL, 60174
(630) 232-6333

SEVIGNY ANDREE ANNE EST

SEVIGNY MARC ANTOINE

SEVIGNY MARIO

**Date of Service**   **Defendant(s)**               **Attorney(s)**
                      ARROW MIDSTREAM HLDNG

                      BURKHARDT EDWARD A

                      CANADIAN PACIFIC RLWY

                      CONOCOPHILLIPS CO

DAKOTA PETROLEUM TRAN

DAKOTA PLAINS HLDNG I

DAKOTA PLAINS MRKTNG

DAKOTA PLAINS TRNSLDN

DEVLAR ENERGY MRKTNG

DEVO TRDNG CNSLTNG CO

DPTS MRKTING INC

ENERPLUS RESOURCES US

ENSERCO ENERGY LLC

FIRST UNION RAIL CORP

GENERAL ELECTRIC CO

GENERAL ELECTRIC RAIL

GOLDEN EYE RESOURCES

HALCON RESOURCES CORP

INCORR ENERGY GRP LLC

INLAND OIL GAS CORP

IRVING OIL CO LTD

IRVING OIL COMMERCIAL

IRVING OIL LTD

IRVING OIL OPRTNS GP

KODIAK OIL GAS CORP

LARIO OIL GAS CO

LMS ACQUISITION CORP

MARATHON OIL CO

MARMON GROUP LLC

MMA CORPORATION

MONTREAL MAINE ATLANT

OASIS PETROLEUM INC

OASIS PETROLEUM LLC

PETROLEUM TRNSPRT SOL

PROCOR LTD

QEP RESOURCES INC

RAIL WORLD HLDNGS LLC

RAIL WORLD INC

RAIL WORLD LOCOMOTIVE

SHELL OIL CO

SHELL TRADING US CO

SLAWSON EXPLORATION C

SMBC RAIL SRVS LLC

STROBEL STAROSTKA TRA

TRACKER RESOURCES

TRINITY IND LEASING C

TRINITY INDUSTRIES IN

TRINITY RAIL GRP LLC

TRINITY RAIL LSNG 201

TRINITY TANK CAR INC

UNION TANK CAR CO

UTLX INTL DIV UTCC

WESTERN PETROLEUM CO

WHITING CANADIAN HLDN

WHITING PETROLEUM COR

WORLD FUEL SRVS CA IN

WORLD FUEL SRVS INC

## Case Activity

Activity Date: 6/10/2015      Participant: BRETON LOUISE

OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)

Court Fee: 567.00
Ad Damnum Amount: 50000.00      Attorney: MEYERS & FLOWERS

Activity Date: 6/10/2015                              Participant: BRETON LOUISE

PETITION FILED

Attorney: MEYERS & FLOWERS

Activity Date: 6/10/2015                              Participant: SEVIGNY MARIO

PETITION FILED

Attorney: MEYERS & FLOWERS

Activity Date: 6/10/2015                              Participant: SEVIGNY MARC ANTOINE

PETITION FILED

Attorney: MEYERS & FLOWERS

Activity Date: 6/10/2015                              Participant: BRETON LOUISE

APPOINT GUARDIAN AD LITEM, TRUSTEE, ADMINISTRATOR OR EXECUTOR - ALLOWED -

Judge: SOLGANICK, IRWIN J

Activity Date: 6/10/2015                              Participant: SEVIGNY MARIO

APPOINT GUARDIAN AD LITEM, TRUSTEE, ADMINISTRATOR OR EXECUTOR - ALLOWED -

Judge: SOLGANICK, IRWIN J

Activity Date: 6/10/2015                              Participant: SEVIGNY MARC ANTO

APPOINT GUARDIAN AD LITEM, TRUSTEE, ADMINISTRATOR OR EXECUTOR - ALLOWED -

Judge: SOLGANICK, IRWIN J

Activity Date: 6/12/2015                              Participant: MONTREAL MAINE AT

CASE RERANDOMIZED TO MOTION CALL

Judge: FLANNERY, JAMES P

Activity Date: 6/17/2015                              Participant: BRETON LOUISE

ELECTRONIC NOTICE SENT

Attorney: MEYERS & FLOWERS
Microfilm: LD000000000

Activity Date: 6/17/2015            Participant: BRETON LOUISE

CASE MANAGEMENT DATE GENERATED

Date: 8/13/2015
Court Time: 0930

Activity Date: 8/11/2015            Participant: BRETON LOUISE

MOTION FILED

Attorney: MEYERS & FLOWERS

Activity Date: 8/11/2015            Participant: SEVIGNY MARC ANTOI

MOTION FILED

Attorney: MEYERS & FLOWERS

Activity Date: 8/11/2015            Participant: SEVIGNY MARIO

MOTION FILED

Attorney: MEYERS & FLOWERS

Activity Date: 8/14/2015            Participant: RAIL WORLD INC

EXECUTE OR PERFORM - ALLOWED -

Judge: KIRBY, JOHN P.

Activity Date: 8/14/2015            Participant: SEVIGNY MARIO

AMEND COMPLAINT OR PETITION - ALLOWED -

Judge: KIRBY, JOHN P.

Activity Date: 8/14/2015            Participant: MMA CORP

VOLUNTARY DISMISSAL SPECIFIC DEFENDANT W/LEAVE TO REFILE- ALLOWED

Judge: KIRBY, JOHN P.

Activity Date: 8/14/2015            Participant: SEVIGNY MARIO

SERVICE BY SPECIAL ORDER OF COURT - ALLOWED

Judge: KIRBY, JOHN P.

Activity Date: 8/14/2015            Participant: SEVIGNY MARIO

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

| | |
|---|---|
| Date: 8/27/2015 | Judge: KIRBY, JOHN P. |
| Court Time: 0930 | |

Activity Date: 8/21/2015                                Participant: SEVIGNY MARC ANTOI

   AMENDED COMPLAINT FILED

                                                        Attorney: MEYERS & FLOWERS

Activity Date: 8/21/2015                                Participant: SEVIGNY MARIO

   AMENDED COMPLAINT FILED

                                                        Attorney: MEYERS & FLOWERS

Activity Date: 8/27/2015                                Participant: SEVIGNY ANDREE ANN

   MOTION TO DISMISS FILED

                                                        Attorney: MEYERS & FLOWERS

Activity Date: 8/27/2015                                Participant: SEVIGNY MARC ANTOI

   MOTION TO DISMISS FILED

                                                        Attorney: MEYERS & FLOWERS

Activity Date: 8/27/2015                                Participant: SEVIGNY MARIO

   MOTION TO DISMISS FILED

                                                        Attorney: MEYERS & FLOWERS

Activity Date: 8/27/2015                                Participant: SEVIGNY

   APPOINT SPECIAL DEPUTY - ALLOWED -

                                                        Judge: GILLESPIE DANIEL T

Activity Date: 8/27/2015                                Participant: SEVIGNY

   EXECUTE OR PERFORM - ALLOWED -

                                                        Judge: GILLESPIE DANIEL T

Activity Date: 8/27/2015                                Participant: CANADIAN PACIFIC

   VOLUNTARY DISMISSAL SPECIFIC DEFENDANT W/LEAVE TO REFILE-
                          ALLOWED

                                                        Judge: GILLESPIE DANIEL T

Activity Date: 8/27/2015     Participant: SEVIGNY

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 10/29/2015
Court Time: 1015
Judge: GILLESPIE DANIEL T

Activity Date: 8/27/2015     Participant: SEVIGNY

CASE ASSIGNED TO CATEGORY 2 - DISC. COMPLETED IN 28 MONTHS

Judge: GILLESPIE DANIEL T

Activity Date: 8/31/2015     Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00     Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015     Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00     Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015     Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00     Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015     Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00     Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015     Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00     Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015     Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00     Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015     Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00     Attorney: MEYERS & FLOWERS

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

| | |
|---|---|
| Activity Date: 8/31/2015 | Participant: BRETON LOUISE |
| ALIAS SUMMONS ISSUED | |

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                           Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

| | |
|---|---|
| Court Fee: 6.00 | Attorney: MEYERS & FLOWERS |

Activity Date: 8/31/2015                                Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015  Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00  Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015            Participant: BRETON LOUISE
ALIAS SUMMONS ISSUED
Court Fee: 6.00            Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015 — Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00 — Attorney: MEYERS & FLOWERS

Activity Date: 8/31/2015 — Participant: BRETON LOUISE

ALIAS SUMMONS ISSUED

Court Fee: 6.00 — Attorney: MEYERS & FLOWERS

Activity Date: 9/18/2015 — Participant: BRETON LOUISE

CERTIFICATE FILED

Attorney: MEYERS & FLOWERS

Activity Date: 9/18/2015 — Participant: BRETON LOUISE

EXHIBITS FILED

Attorney: MEYERS & FLOWERS

Activity Date: 9/18/2015 — Participant: BRETON LOUISE

NOTICE OF MOTION FILED

Date: 10/5/2015
Court Time: 0930 — Attorney: MEYERS & FLOWERS

Activity Date: 9/18/2015 — Participant: BRETON LOUISE

MOTION FILED

Attorney: MEYERS & FLOWERS

Activity Date: 9/18/2015 — Participant: BRETON LOUISE

MOTION SCHEDULED

Date: 10/5/2015
Court Time: 0930 — Attorney: MEYERS & FLOWERS

Activity Date: 9/22/2015 — Participant: SEVIGNY MARIO

CERTIFICATE OF MAILING FILED

Attorney: MEYERS & FLOWERS

Activity Date: 9/22/2015 — Participant: SEVIGNY MARC ANTOINE

CERTIFICATE OF MAILING FILED

Attorney: MEYERS & FLOWERS

Activity Date: 9/22/2015  Participant: BRETON LOUISE

CERTIFICATE OF MAILING FILED

Attorney: MEYERS & FLOWERS

Activity Date: 9/22/2015  Participant: SEVIGNY MARIO

NOTICE OF MOTION FILED

Date: 10/5/2015
Court Time: 0930

Attorney: MEYERS & FLOWERS

Activity Date: 9/22/2015  Participant: SEVIGNY MARC ANTOINE

NOTICE OF MOTION FILED

Date: 10/5/2015
Court Time: 0930

Attorney: MEYERS & FLOWERS

Activity Date: 9/22/2015  Participant: BRETON LOUISE

NOTICE OF MOTION FILED

Date: 10/5/2015
Court Time: 0930

Attorney: MEYERS & FLOWERS

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Start a New Search